# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

**Plaintiff,**                                          Case No.   3:14-CR-30110-001-DRH

     **v.**

 **Jody Wooters,**

**Defendant,**

=========================

**Gilster Mary Lee Corporation,**

     **Garnishee**.

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on October 16, 2018, stating that at the time of the service of the Writ they had in their possession or under their control personal property belonging to and due Defendant.

On October 19, 2018, the Defendant was notified of his right to a hearing and has waived his right to a hearing.

**IT IS ORDERED** that Garnishee pay $25.00 per pay period of the Defendant's net wages to Plaintiff, and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or

control of any property belonging to the Debtor or until further Order of this Court.

Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois   62201.

The Plaintiff is to provide a copy of this Order to the Garnishee.

**IT IS SO ORDERED.**

Judge Herndon
2018.10.18
13:25:44 -05'00'

**United States District Judge**